FILED
1/31/2022 12:53 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000994
Calendar, A
16509079

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

MARCQUAZ EDWARDS,         )
                                    )
          Plaintiff,       )
                                    )
     v.                   )     Case No.:  **2022L000994**
                                    )
AHMED EMARA, Individually and     )
as an agent, employee and/or apparent agent  )
of APL CARGO, INC.,        )
                                    )
         Defendants.    )

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, MARCQUAZ EDWARDS, by and through his attorneys DWORKIN & MACIARIELLO, and in complaining of the Defendants, AHMED EMARA, Individually and as an agent, employee, and/or apparent agent of APL CARGO, INC., a Foreign Corporation, and APL CARGO, INC., states and alleges as follows:

**COUNT I**
***Marcquaz Edwards v. Ahmed Emara***
***Negligence***

1.      On June 19, 2020, and at all times material to this matter, the Defendant, APL CARGO, INC., was a Foreign Corporation licensed to do business in the County of Cook and the State of Illinois.

2.      On June 19, 2020, and at all times material, the Defendant, APL CARGO, INC., was in the business of freight delivery and owned, controlled, and maintained certain tractor-trailers to deliver freight in and across the County of Cook in the State of Illinois.

3.      On June 19, 2020, and at all times material, the Defendant, APL CARGO, INC., employed certain people to operate and control the aforementioned tractor-trailers.

4.      On June 19, 2020, and at all times material, the Defendant, AHMED EMARA, was employed as a truck driver and was performing his job duties by delivering freight for the Defendant, APL CARGO,

**Exhibit A**

FILED DATE: 1/31/2022 12:53 PM   2022L000994

INC.

5.      On June 19, 2020, and at all times material to this matter, the Plaintiff, MARCQUAZ EDWARDS, was employed as a forklift driver by Ashland Cold Storage.

6.      On June 19, 2020, and at all times material to this matter, the Plaintiff, MARCQUAZ EDWARDS, was performing his job duties on the premises of Ashland Cold Storage, located at 1556 West 43rd Street in the City of Chicago, the County of Cook, and inthe State of Illinois.

7.      On June 19, 2020, and at all times material, the Defendant, AHMED EMARA, was operating a certain tractor-trailer on the aforementioned Ashland Cold Storage premises delivering freight.

8.      On June 19, 2020, and at all times material, the Plaintiff, MARCQUAZ EDWARDS, was performing his job duties, as instructed, by operating a forklift to unload objects from the aforementioned tractor-trailer operated and controlled by the Defendant, AHMED EMARA.

9.      On June 19, 2020, and at all times material to this matter, the Plaintiff, MARCQUAZ EDWARDS, was operating the forklift within the aforementioned tractor-trailer when the Defendant, AHMED EMARA, suddenly and without warning disengaged his brakes and pulled the tractor-trailer away from the loading dock, causing the forklift that the Plaintiff was operating to fall to the ground.

10.     On June 19, 2020, and at all times material to this matter, the Defendant, AHMED EMARA, owed a duty to those around and/or within the tractor-trailer, including the Plaintiff, to operate his tractor-trailer with reasonable care.

11.     On June 19, 2020, and at all times material to this matter, the Defendant, AHMED EMARA, despite the aforementioned duty was negligent in one or more of the following acts and/or omissions:

      a.   Negligently and carelessly failed to operate his tractor-trailer in a reasonable and safe manner so as to not injure the Plaintiff;

      b.   Negligently and carelessly pulled the tractor-trailer away from the loading dock before it

FILED DATE: 1/31/2022 12:53 PM    2022L000994

was safe to do so;

c.  Negligently and carelessly failed to ensure that no individual was in the trailer of the vehicle before releasing the brakes and pulling the tractor-trailer away from the dock;

d.  Negligently and carelessly failed to warn the Plaintiff that he was pulling the tractor-trailer away from the loading dock despite knowing, or through reasonable inquiry should have known, that the Plaintiff was in the rear of the tractor-trailer; and

e.  Negligently and carelessly failed to stop the tractor-trailer once danger to the Plaintiff became imminent.

12.    As a direct and proximate cause of one or more of the aforementioned negligent and careless acts and/or omissions of the Defendant, AHMED EMARA, the Plaintiff, MARCQUAZ EDWARDS was caused to incur damages of a personal and pecuniary nature as hereinafter alleged.

13.    As a direct and proximate cause of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendant, AHMED EMARA, the Plaintiff, MARCQUAZ EDWARDS, suffered severe bodily injury; has experienced and will continue to experience pain and suffering; has suffered and will continue to suffer pain and disability; has suffered income he otherwise would have earned; and has incurred extensive medical expenses as a result of these injuries.

WHEREFORE, the Plaintiff, MARCQUAZ EDWARDS, demands judgment against the Defendant, AHMED EMARA, Individually in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), plus costs, and any other relief this Honorable Court deems fair and just.

## COUNT II
### *Respondeat Superior*

1.-13.   The Plaintiff, MARCQUAZ EDWARDS, realleges and incorporates paragraphs one through thirteen of Count I, including all subparagraphs, as paragraphs one through thirteen of Count II.

14.    On June 19, 2020, and at all times material, the Defendant, AHMED EMARA, was an

FILED DATE: 1/31/2022 12:53 PM   2022L000994

employee, agent, and/or apparent agent of the Defendant, APL CARGO, INC.

15.     On June 19, 2020, and at all times material, the Defendant, AHMED EMARA, was acting within his scope of employment, agency, and/or apparent agency with the Defendant, APL CARGO, INC.

16.     By virtue of the employment, agency, and/or apparent agency relationship between the Defendant, AHMED EMARA, and the Defendant, APL CARGO, INC., the Defendant, APL CARGO, INC., is vicariously liable for the acts of AHMED EMARA.

WHEREFORE, the Plaintiff, MARCQUAZ EDWARDS, demands judgment against the Defendants, AHMED EMARA, as an agent, employee, and/or apparent agent of APL CARGO, INC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000) plus costs and any other relief this Honorable Court deems fair and just.

Respectfully Submitted:


/s/ A. Torgrimson
By:_____
Attorney for the Plaintiff



Andrea T. Torgrimson
DWORKIN & MACIARIELLO
134  N. LaSalle Street, Suite 650
Chicago, Illinois 60602
T: 312-757-4912| F: 312-264-0794
E: Atorgrimson@dmchicagolaw.com
Atty No.: 32387

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, A

2022L000994

FILED DATE: 3/11/2022 3:21 PM   2022L000994

FILED
3/11/2022 3:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000994
Calendar, A
17056221

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

**FILED**

**MAR - 1 2022**

**JESSE WHITE**
**SECRETARY OF STATE**

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.ilsos.gov

Payment must be made by check or money
order payable to Secretary of State.

Filing Fee: $10        File #: 69598986        Approved: _____

— **Submit in duplicate** — **Type or Print clearly in black ink** — **Do not write above this line** —

1.  Title and Number of Case:

    Marcquaz Edwards _____        first named plaintiff
                    V.
    Ahmed Emara, et. al. _____        first named defendant

    Number: 22 L 000994

2.  Name of corporation being served:   APL Cargo Inc

3.  Title of court in which an action, suit or proceeding has been commenced:   Circuit Court of Cook County

4.  Title of instrument being served:   Alias Summons and Complaint

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☒  The corporation's registered agent cannot with reasonable diligence be found at the registered office of
           record in Illinois.

    b. ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐  The corporation was dissolved on _____ , _____ ; the conditions
                                                    Month Day        Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
           has affected the corporation within five (5) years thereafter.

    d. ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

           _____ , _____
            Month Day        Year

    e. ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
           contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
    or registered mail:  2204 Rainbow Dr. West Lafayette, IN 47906

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    Isabella De _____        February 21st 2022
        Signature of Affiant                            Month Day    Year
        ( 312 )    857-7777
            Telephone Number

Return to (please type or print clearly):

    Dworkin & Maciariello Law Offices
                Name
    134 N. LaSalle St., Suite 650
                Street
    Chicago, IL 60602
    City/Town    State    Zip

**Exhibit B**

JOSELYNE CARRANZA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2025

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

FILED DATE: 6/7/2022 12:10 PM  2022L000994

FILED
6/7/2022 12:10 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000994
Calendar, A
18189959

21148\049875\BJK/JAF/KHY

(12/30/15) CCL N530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MARCQUAZ EDWARDS,

                Plaintiff,

v.

AHMED EMARA, Individually and as an agent, employee and/or apparent agent of APL CARGO, INC.,

                Defendants.

No. 2022 L 000994

Calendar: A

## **APPEARANCE**

☒ GENERAL APPEARANCE       0900 – APPEARANCE – FEE PAID; 0900 – APPEARANCE – NO FEE
                                       0904 – APPEARANCE FILED – FEE WAIVED

☐ 12 PERSON JURY DEMAND    1900 – APPEARANCE & JURY DEMAND FEE PAID;
                                       1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of:     ☐ Plaintiff     ☒ Defendant

AHMED EMARA, Individually and as an agent, employee and/or apparent agent of APL CARGO, INC.
                                            (INSERT LITIGANT'S NAME)

                                     /s/ Kevin H. Young
                                             SIGNATURE

☒   INITIAL COUNSEL OF RECORD     ☐ PRO SE
☐   ADDITIONAL APPEARANCE        ☐ SUBSTITUTE APPEARANCE

    A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☒ **ATTORNEY**     **44613**                             ☐ **Pro Se**   99500
Name:        Kevin H. Young
               CASSIDAY SCHADE LLP
               AHMED EMARA, Individually and as an
               agent, employee and/or apparent agent of APL
Atty. for:      CARGO, INC.
Address:      222 West Adams Street, Suite 2900      **Pro Se Only:** ☐ **I have read and agree to the**

<span style="color:red">**Exhibit C**</span>

FILED DATE: 6/7/2022 12:10 PM   2022L000994

| | | |
|---|---|---|
| City/State/Zip Code: | Chicago, IL 60606 | **terms of the Clerk's Office Electronic Notice** |
| Telephone: | (312) 641-3100 | **Policy and chose to opt in to electronic notice** |
| Primary Email: | kyoung@cassiday.com | **from the Clerk's office for this case at this** |
| Secondary Email: | | **email address:** |
| Tertiary Email: | | |

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

11090988

2

049875/21148/JAF/KHY

<div align="center">

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

</div>

MARCQUAZ EDWARDS,

             Plaintiff,

v.

AHMED EMARA, Individually and as an
agent, employee and/or apparent agent of APL
CARGO, INC.,

             Defendants.

No.

<div align="center">

**<u>DECLARATION OF AHMED EMARA</u>**

</div>

I, <u>Ahmed Emara</u>, being duly sworn upon oath, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, I would state as follows:

1.      I am over 18 years of age.

2.      I am a former employee of APL Cargo, Inc.

3.      On June 19, 2020, I resided at 7551 NE 125th St. Bronson, FL 32621 and was employed by APL Cargo.

4.      I still reside at 7551 NE 125th St. Bronson, FL 32621, and I currently do not have any intention of moving from the state of Florida.

5.      I have not been served with process in the Cook County lawsuit, and I am waiving service in that matter as of June 7, 2022.

6.      The affiant further sayeth not.

<div align="right">

**<span style="color:red">Exhibit D</span>**

</div>

I, <u>Ahmed Emara</u>, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __6/7/22_____

/s/ Ahmed Emara_____
Ahmed Emara

1108028

<table>
<tr><td colspan="2" align="center"><strong>BUSINESS INFORMATION</strong><br>HOLLI SULLIVAN<br>INDIANA SECRETARY OF STATE<br>05/25/2022 04:49 PM</td></tr>
</table>

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **APL CARGO, INC.** | Business ID: | **201808301275855** |
| Entity Type: | **Foreign For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **08/30/2018** | Inactive Date: | |
| Principal Office Address: | **11738 W US HIGHWAY 24, Wolcott, IN, 47995, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Illinois** | Business Entity Report Due Date: | **08/31/2022** |
| Original Formation Date: | **05/13/2014** | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Chairman | STEFAN TRIFAN | 11738 W US Highway 24, Wolcott, IN, 47995, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **Stefan Trifan** |
| Address: | **11738 W US Hwy 24, Wolcott, IN, 47995, USA** |

<div align="right"><strong style="color:red">Exhibit E</strong></div>

049875/21148/JAF/KHY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARCQUAZ EDWARDS,

                Plaintiff,

v.

AHMED EMARA, Individually and as an
agent, employee and/or apparent agent of APL
CARGO, INC.,

                Defendants.

No.

## DECLARATION OF OMAR BAKER

I, Omar Baker, being duly sworn upon oath, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, I would state as follows:

1.      I am over 18 years of age.

2.      I am the Risk Manager for APL Cargo, Inc. As the Risk Manager, I have the authority to make business decisions on behalf of APL Cargo, Inc.

3.      I am aware, by knowledge and information and review of the Complaint that Plaintiff, Marcquaz Edwards in the above captioned matter was alleged to be involved in an incident on June 19, 2020 at or near Ashland Cold Storage, 1556 W. 43rd St., Chicago, Cook County, IL with Ahmed Emara, a former employee of APL Cargo, Inc.

4.      At the time of filing of the Complaint, APL Cargo, Inc. was and currently is an Indiana Corporation with its principal place of business in Wolcott, IN.

**Exhibit F**

5.      APL Cargo, Inc. understands that Mr. Emara wishes to remove the Cook County action to the United States District Court for the Northern District of Illinois and has no objection.

6.      The affiant further sayeth not.

I, <u>Omar Baker</u>, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on:   June 7, 2022

                                  /s/ Omar Baker
                                    Omar Baker

11080286

049875/21148/JAF/KHY

<div style="text-align: center">

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

</div>

| | |
|---|---|
| MARCQUAZ EDWARDS, | |
| Plaintiff, | |
| v. | No. |
| AHMED EMARA, Individually and as an agent, employee and/or apparent agent of APL CARGO, INC., | |
| Defendants. | |

<div style="text-align: center">

**DEFENDANT, APL CARGO, INC.'S**
**F.R.C.P 7.1/L.R. 3.2 DISCLOSURE STATEMENT**

</div>

NOW COMES the Defendant APL CARGO, INC., by their attorney, Kevin H. Young of CASSIDAY SCHADE LLP, and for their Fed. R. Civ. Pro. 7.1 and L.R. 3.2 Disclosure Statement, state as follows:

Pursuant to Fed R. Civ. Pro. 7.1, Defendant, APL CARGO, INC., declares that it has no parent corporation, and that no publicly held entity owns five percent (5%) or more of its stock.

Pursuant to Local Rule 3.2, Defendant, APL CARGO, INC., declares that it has no publicly held affiliates.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Kevin H. Young
    One of the Attorneys for APL CARGO, INC.

Kevin H. Young
CASSIDAY SCHADE LLP

<div style="text-align: center; color: red">

**Exhibit G**

</div>

222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
kyoung@cassiday.com

11074487

## Table of Contents

Subject Summary ........................................................................................................... 2
Others Using SSN - 0 records found ............................................................................. 3
Address Summary - 20 records found ........................................................................... 3
Voter Registrations - 0 records found ........................................................................... 9
Driver Licenses - 1 records found ................................................................................. 9
Professional Licenses - 0 records found ...................................................................... 9
Health Care Providers - 0 records found ...................................................................... 9
Health Care Sanctions - 0 records found ..................................................................... 9
Pilot Licenses - 0 records found ................................................................................... 9
Sport Licenses - 0 records found .................................................................................. 9
Weapon Permits - 0 records found ................................................................................ 9
Real Property - 0 records found .................................................................................... 9
Motor Vehicle Registrations - 16 records found .......................................................... 9
Boats - 0 records found ............................................................................................... 17
Aircraft - 0 records found ............................................................................................ 17
Bankruptcy Information - 1 records found ................................................................. 17
Judgments/Liens - 7 records found ............................................................................ 18
UCC Liens - 0 records found ....................................................................................... 21
Fictitious Businesses - 0 records found .................................................................... 21
Notice Of Defaults - 0 records found ......................................................................... 21
Potential Relatives - 10 records found ....................................................................... 21
Business Associates - 0 records found ...................................................................... 25
Person Associates - 2 records found ......................................................................... 25
Neighbors - 6 records found ....................................................................................... 25
Employment Locator - 0 records found ...................................................................... 26
Criminal Filings - 13 records found ............................................................................ 26
Sexual Offenders - 0 records found ............................................................................ 36
Cellular & Alternate Phones - 3 records found .......................................................... 36
Utility Information - 2 records found ........................................................................... 36
Possible Education - 0 records found ......................................................................... 37
Sources - 256 records found ....................................................................................... 37

**Exhibit H**



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:5/25/2022
Report processed by:
Cassiday Schade LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| EDWARDS, MARCQUAZ D | 1544 S KOLIN AVE<br>CHICAGO, IL 60623-1052<br>COOK COUNTY | COOK | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 349-74-XXXX | 4/1984<br>(Age:38) | | 000732033712 | RWARRENR3@AOL.COM<br>LANISED27@YAHOO.COM<br>EJIMMY49@YAHOO.COM<br>EMARCQUAZ@YAHOO.COM<br>MARCQUAZEDWARDS@YAHOO.COM |

**Subject Summary**

**Name Variations**
1: BROWNLEE, MARZQUAZ
2: EDWARDS, DAJAWN
3: EDWARDS, DAJAWON M
4: EDWARDS, DUJAWN
5: EDWARDS, M
6: EDWARDS, MARAQUAZ D
7: EDWARDS, MARCQAZ
8: EDWARDS, MARCQUAZ
9: EDWARDS, MARCQUAZ D
10: EDWARDS, MARCQUAZI D
11: EDWARDS, MARCQUEZ
12: EDWARDS, MARQUES
13: EDWARDS, MARQUEZ
14: EDWARDS, MARQUEZ D
15: EDWARDS, MARTEZ
16: EDWARDS, MARTEZ D
17: EDWARDS, MARTUES
18: EDWARDS MARQUEZ, D
19: MARCQUAZ, EDWARD D
20: MARCQUAZ, EDWARDS
21: MARQUEZ, D EDWARDS
22: MARQUEZ, EDWARDS

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | **Most frequent SSN attributed to subject:** | |
| 1: | 349-74-XXXX | Illinois | 1985-1986 | |
| | | | **Other reported SSNs:** | |
| 1: | 349-74-XXXX | Illinois | 1985-1986 | |
| 2: | 349-70-XXXX | Illinois | 1982-1983 | |

**DOBs**
**Reported DOBs:**
4/1984
4/1981


**Others Using SSN - 0 records found**
**Address Summary - 20 records found**
| No. | Address |
| --- | --- |
| 1: | 1544 S KOLIN AVE<br>CHICAGO, IL 60623-1052<br>COOK COUNTY |
| 2: | 2636 DESPLAINES AVE APT 1F<br>RIVERSIDE, IL 60546-1679<br>COOK COUNTY |
| 3: | 1318 S INDEPENDENCE BLVD APT A<br>CHICAGO, IL 60623-1406<br>COOK COUNTY |
| 4: | 743 N CENTRAL AVE APT<br>CHICAGO, IL 60644-1136<br>COOK COUNTY |
| 5: | 1841 S HAMLIN AVE APT 3<br>CHICAGO, IL 60623-2422<br>COOK COUNTY |
| 6: | 46-129 HALAULANI ST<br>KANEOHE, HI 96744-4026<br>HONOLULU COUNTY |
| 7: | 1443 S DRAKE AVE APT 2<br>CHICAGO, IL 60623-1686<br>COOK COUNTY |
| 8: | 5508 W QUINCY ST FL 2<br>CHICAGO, IL 60644-4236<br>COOK COUNTY |
| 9: | 1225 S HARDING AVE UNIT 2R<br>CHICAGO, IL 60623-1348<br>COOK COUNTY |
| 10: | 1640 S SPRINGFIELD AVE APT<br>CHICAGO, IL 60623-2984<br>COOK COUNTY |
| 11: | 2105 S DRAKE AVE APT 1<br>CHICAGO, IL 60623-3118<br>COOK COUNTY |
| 12: | 1318 S INDEPENDENCE BLVD APT 1R<br>CHICAGO, IL 60623-1407<br>COOK COUNTY |
| 13: | 1636 S AVERS AVE APT<br>CHICAGO, IL 60623-2493<br>COOK COUNTY |

| No. | Address |
|-----|---------|

14:  1841 S HAMLIN AVE APT 2
     CHICAGO, IL 60623-2422
     COOK COUNTY

15:  1637 S AVERS AVE APT 1
     CHICAGO, IL 60623-2402
     COOK COUNTY

16:  1637 S AVERS AVE APT 2
     CHICAGO, IL 60623-2402
     COOK COUNTY

17:  1836 S HAMLIN AVE # 2
     CHICAGO, IL 60623-2421
     COOK COUNTY

18:  4149 W CERMAK RD APT 1
     CHICAGO, IL 60623-2898
     COOK COUNTY

19:  1849 S HAMLIN AVE APT
     CHICAGO, IL 60623-2422
     COOK COUNTY

20:  4342 W WASHINGTON BLVD APT 211
     CHICAGO, IL 60624-2270
     COOK COUNTY

**Address Details**
**1: 1544 S KOLIN AVE CHICAGO, IL 60623-1052**

| Address | Dates | Phone |
|---------|-------|-------|
| 1544 S KOLIN AVE | 6/2020 - 5/2022 | |

CHICAGO, IL 60623-1052
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $26,111
Median Home Value: $130,952
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2: 2636 DESPLAINES AVE APT 1F RIVERSIDE, IL 60546-1679**

| Address | Dates | Phone |
|---------|-------|-------|
| 2636 DESPLAINES AVE APT 1F | 2/2018 - 8/2021 | |

RIVERSIDE, IL 60546-1679
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $58,173
Median Home Value: $313,978
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3: 1318 S INDEPENDENCE BLVD APT A CHICAGO, IL 60623-1406**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1318 S INDEPENDENCE BLVD APT A | 7/2013 - 1/2014 | |
| CHICAGO, IL 60623-1406 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 23
Median Income: $35,179
Median Home Value: $242,969
Median Education: 11 years

**Household Members**
None Listed

**Other Associates**
None Listed

**4: 743 N CENTRAL AVE APT CHICAGO, IL 60644-1136**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 743 N CENTRAL AVE APT | 2/2021 - 2/2021 | |
| CHICAGO, IL 60644-1136 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $24,884
Median Home Value: $308,824
Median Education: 12 years

**Household Members**
None Listed

**Other Associates**
None Listed

**5: 1841 S HAMLIN AVE APT 3 CHICAGO, IL 60623-2422**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1841 S HAMLIN AVE APT 3 | 5/2013 - 3/2021 | |
| CHICAGO, IL 60623-2422 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $38,750
Median Home Value: $280,833
Median Education: 12 years

**Household Members**
None Listed

**Other Associates**
None Listed

**6: 46-129 HALAULANI ST KANEOHE, HI 96744-4026**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 46-129 HALAULANI ST | 11/2020 - 11/2020 | (808) 247-0163 |
| KANEOHE, HI 96744-4026 | | |
| HONOLULU COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $132,143
Median Home Value: $788,158
Median Education: 14 years

**Household Members**
None Listed

**Other Associates**
None Listed

**7: 1443 S DRAKE AVE APT 2 CHICAGO, IL 60623-1686**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1443 S DRAKE AVE APT 2 | 9/2020 - 9/2020 | |
| CHICAGO, IL 60623-1686 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 22
Median Income: $14,820
Median Home Value: $218,333
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 5508 W QUINCY ST FL 2 CHICAGO, IL 60644-4236**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 5508 W QUINCY ST FL 2 | 7/2011 - 4/2018 | |
| CHICAGO, IL 60644-4236 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $21,914
Median Home Value: $196,684
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9: 1225 S HARDING AVE UNIT 2R CHICAGO, IL 60623-1348**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1225 S HARDING AVE UNIT 2R | 6/2016 - 3/2022 | |
| CHICAGO, IL 60623-1348 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 53
Median Income: $24,605
Median Home Value: $182,870
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**10: 1640 S SPRINGFIELD AVE APT CHICAGO, IL 60623-2984**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1640 S SPRINGFIELD AVE APT | 10/2016 - 12/2016 | |
| CHICAGO, IL 60623-2984 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $33,784
Median Home Value: $209,459
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**11: 2105 S DRAKE AVE APT 1 CHICAGO, IL 60623-3118**

| Address | Dates | Phone |
|---|---|---|
| 2105 S DRAKE AVE APT 1 | 3/2010 - 11/2015 | |

CHICAGO, IL 60623-3118
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $35,000
Median Home Value: $88,182
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**12: 1318 S INDEPENDENCE BLVD APT 1R CHICAGO, IL 60623-1407**

| Address | Dates | Phone |
|---|---|---|
| 1318 S INDEPENDENCE BLVD APT 1R | 7/2013 - 8/2021 | |

CHICAGO, IL 60623-1407
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 23
Median Income: $35,179
Median Home Value: $242,969
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**13: 1636 S AVERS AVE APT CHICAGO, IL 60623-2493**

| Address | Dates | Phone |
|---|---|---|
| 1636 S AVERS AVE APT | 1/2014 - 9/2014 | |

CHICAGO, IL 60623-2493
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $14,717
Median Home Value: $378,947
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**14: 1841 S HAMLIN AVE APT 2 CHICAGO, IL 60623-2422**

| Address | Dates | Phone |
|---|---|---|
| 1841 S HAMLIN AVE APT 2 | 10/2012 - 10/2013 | |

CHICAGO, IL 60623-2422
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $38,750
Median Home Value: $280,833
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**15: 1637 S AVERS AVE APT 1 CHICAGO, IL 60623-2402**

| Address | Dates | Phone |
|---|---|---|

1637 S AVERS AVE APT 1                                    3/2001 - 3/2013
CHICAGO, IL 60623-2402
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $14,717
Median Home Value: $378,947
Median Education: 11 years
**Household Members**
BROWNLEE, SHERRY D
EDWARDS, MARCUS D

**Other Associates**
None Listed

**16: 1637 S AVERS AVE APT 2 CHICAGO, IL 60623-2402**
**Address**                                              **Dates**              **Phone**
1637 S AVERS AVE APT 2                                   2/2004 - 3/2022
CHICAGO, IL 60623-2402
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $14,717
Median Home Value: $378,947
Median Education: 11 years
**Household Members**
BROWNLEE, SHERRY D
EDWARDS, MARCUS D

**Other Associates**
None Listed

**17: 1836 S HAMLIN AVE # 2 CHICAGO, IL 60623-2421**
**Address**                                              **Dates**              **Phone**
1836 S HAMLIN AVE # 2                                    6/2007 - 2/2018        (773) 521-4813
CHICAGO, IL 60623-2421
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $14,717
Median Home Value: $378,947
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**18: 4149 W CERMAK RD APT 1 CHICAGO, IL 60623-2898**
**Address**                                              **Dates**              **Phone**
4149 W CERMAK RD APT 1                                   4/2001 - 4/2001
CHICAGO, IL 60623-2898
COOK COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 35
Median Income: $22,928
Median Home Value: $118,077
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**19: 1849 S HAMLIN AVE APT CHICAGO, IL 60623-2422**

| Address | Dates | Phone |
|---|---|---|
| 1849 S HAMLIN AVE APT | 12/2012 - 12/2012 | |
| CHICAGO, IL 60623-2422 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $38,750
Median Home Value: $280,833
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**20: 4342 W WASHINGTON BLVD APT 211 CHICAGO, IL 60624-2270**

| Address | Dates | Phone |
|---|---|---|
| 4342 W WASHINGTON BLVD APT 211 | 8/2007 - 8/2007 | |
| CHICAGO, IL 60624-2270 | | |
| COOK COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $22,250
Median Home Value: $197,596
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed


**Voter Registrations - 0 records found**
**Driver Licenses - 1 records found**


**1: Illinois Driver License**

**Driver Information**
Name: EDWARDS, MARQUEZ

Address: 1318 S INDEPENDENCE BLVD APT
CHICAGO, IL 60623-1406
COOK COUNTY
Data source: Non-Governmental: IL
**Personal Information**
SSN: 349-74-XXXX
DOB: 04/1984

**Additional Driver Information**
DOB: 04/1984
**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**Real Property - 0 records found**
**Motor Vehicle Registrations - 16 records found**


**1: IL MVR**

**Registrant Information**
**Registrant 1**

**Registrant:** EDWARDS, MARQUEZ D

**DOB:** 4/1984
**Address:** 1636 S AVERS AVE
CHICAGO, IL 60623-2493
COOK COUNTY

**Registrant 2**
**Registrant:** EDWARDS MARQUEZ, D

**DOB:** 4/1984
**Address:** 1636 S AVERS AVE
CHICAGO, IL 60623-2493
COOK COUNTY

**Registration Information**
**Original Registration Date:** 9/16/2014
**Registration Date:** 9/16/2014
**Registration Expiration Date:** 8/31/2015

**Vehicle Information**
**VIN:** WDBJF70JXYB076330
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Mercedes-Benz
**Model:** E
**Series:** 430
**Body Style:** Sedan 4 Door

**Plate Information**
**Previous Plate Number:** JJS91
**Previous Plate State:** IL
**License Plate Number:** V531262
**Plate State:** IL

**Source Information**
**Data Source:** GOVERNMENTAL

**2: IL MVR**

**Vehicle Information**
**VIN:** WDBJF70JXYB076330
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Mercedes-Benz
**Model:** E
**Series:** 430
**Body Style:** Sedan 4 Door

**Owner Information**
**Name:** EDWARDS MARQUEZ, D

**DOB:** 4/1984
**Address:** 1636 S AVERS AVE
CHICAGO, IL 60623-2493
COOK COUNTY

**Lienholder Information**
**Name:** WORLD DISCOUNT AUTO
**Address:** 800 S WESTERN AVE
CHICAGO, IL 60612-4140
COOK COUNTY

**Title Information**
**Title Number:** 142736820860
**Title Transfer Date:** 9/30/2014
**Title Issue Date:** 9/30/2014

**Source Information**
**Data Source:** GOVERNMENTAL

**3: IL MVR**

### Registrant Information
**Registrant:** EDWARDS, MARCQUAZ

**DOB:** 4/1984
**Address:** 1636 S AVERS AVE
CHICAGO, IL 60623-2493
COOK COUNTY

### Registration Information
**Original Registration Date:** 1/8/2014
**Registration Date:** 1/8/2014
**Registration Expiration Date:** 7/31/2014

### Vehicle Information
**VIN:** JNKCA31A2YT214483
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Infiniti
**Model:** I30
**Series:** BASE~TOURING
**Body Style:** Sedan 4 Door
**Color:** Cream

### Plate Information
**Previous Plate Number:** S150411
**Previous Plate State:** IL
**License Plate Number:** S150411
**Plate State:** IL

### Source Information
**Data Source:** GOVERNMENTAL

**4: IL MVR**

### Vehicle Information
**VIN:** JNKCA31A2YT214483
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Infiniti
**Model:** I30
**Series:** BASE~TOURING
**Body Style:** Sedan 4 Door
**Color:** Cream

### Owner Information
**Name:** MARCQUAZ, EDWARDS

**DOB:** 4/1984
**Address:** 1841 S HAMLIN AVE
CHICAGO, IL 60623-2422
COOK COUNTY

### Lienholder Information
**Name:** EASY ACCEPTANCE INC.
**Address:** 3632 N CICERO AVE
CHICAGO, IL 60641-3641
COOK COUNTY

### Title Information
**Title Number:** X3254692041
**Title Transfer Date:** 9/11/2013
**Title Issue Date:** 9/11/2013

### Source Information
**Data Source:** GOVERNMENTAL

**5: IL MVR**

### Registrant Information
### Registrant 1

**Registrant:** EDWARDS, MARQUEZ

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 1
CHICAGO, IL 60623-2402
COOK COUNTY
**Registrant 2**
**Registrant:** MARQUEZ, EDWARDS

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 1
CHICAGO, IL 60623-2402
COOK COUNTY
**Registration Information**
**Original Registration Date:** 5/10/2012
**Registration Date:** 5/10/2012
**Registration Expiration Date:** 5/31/2013
**Vehicle Information**
**VIN:** 1GHDX03E1XD223309
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Oldsmobile
**Model:** Silhouette
**Series:** GL~GLS~PREMIERE
**Body Style:** Extended Sport Van
**Plate Information**
**Previous Plate Number:** 333PCF
**Previous Plate State:** WI
**License Plate Number:** L928714
**Plate State:** IL
**Source Information**
**Data Source:** GOVERNMENTAL

**6: IL MVR**

**Vehicle Information**
**VIN:** 1GHDX03E1XD223309
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Oldsmobile
**Model:** Silhouette
**Series:** GL~GLS~PREMIERE
**Body Style:** Extended Sport Van
**Owner Information**
**Name:** MARQUEZ, EDWARDS

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 1
CHICAGO, IL 60623-2402
COOK COUNTY
**Lienholder Information**
**Name:** TITLEMAX OF CICERO ILLINOIS
**Address:** 4769A W CERMAK RD
CICERO, IL 60804-2508
COOK COUNTY
**Title Information**
**Title Number:** X2185694895
**Title Transfer Date:** 7/3/2012
**Title Issue Date:** 7/3/2012
**Source Information**
**Data Source:** GOVERNMENTAL

**7: IL MVR**

### Registrant Information
#### Registrant 1
**Registrant:** EDWARDS, MARCQUAZ

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 2
CHICAGO, IL 60623-2402
COOK COUNTY
#### Registrant 2
**Registrant:** MARCQUAZ, EDWARDS

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 2
CHICAGO, IL 60623-2402
COOK COUNTY
### Registration Information
**Original Registration Date:** 10/7/2011
**Registration Date:** 10/7/2011
**Registration Expiration Date:** 9/30/2012
### Vehicle Information
**VIN:** 2FAFP74WX2X133288
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2002
**Make:** Ford
**Model:** Crown Victoria
**Series:** LX/SPORT
**Body Style:** Sedan 4 Door
**Color:** Beige
### Plate Information
**Previous Plate Number:** 681EFJ
**Previous Plate State:** KY
**License Plate Number:** N885598
**Plate State:** IL
### Source Information
**Data Source:** GOVERNMENTAL

**8: IL MVR**

### Vehicle Information
**VIN:** 2FAFP74WX2X133288
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2002
**Make:** Ford
**Model:** Crown Victoria
**Series:** LX/SPORT
**Body Style:** Sedan 4 Door
**Color:** Beige
### Owner Information
**Name:** MARCQUAZ, EDWARDS

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE APT 2
CHICAGO, IL 60623-2402
COOK COUNTY
### Lienholder Information
**Name:** CNAC DOWNERS GROVE LLC D/B/A CNAC
**Address:** 2501 OGDEN AVE
DOWNERS GROVE, IL 60515-1708
DUPAGE COUNTY
### Title Information
**Title Number:** X1287690633

**Title Transfer Date:** 10/14/2011
**Title Issue Date:** 10/14/2011
### Source Information
**Data Source:** GOVERNMENTAL

**9: IL MVR**

### Registrant Information
### Registrant 1
**Registrant:** EDWARDS, MARQUEZ D

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
### Registrant 2
**Registrant:** EDWARDS MARQUEZ, D

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
### Registration Information
**Original Registration Date:** 2/26/2011
**Registration Date:** 2/26/2011
**Registration Expiration Date:** 2/28/2012
### Vehicle Information
**VIN:** 2C3HD46J7WH246700
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1998
**Make:** Chrysler
**Model:** Concorde
**Series:** LXI
**Body Style:** Sedan 4 Door
### Plate Information
**Previous Plate Number:** CRR72 AA
**Previous Plate State:** IL
**License Plate Number:** L605332
**Plate State:** IL
### Source Information
**Data Source:** GOVERNMENTAL

**10: IL MVR**

### Vehicle Information
**VIN:** 2C3HD46J7WH246700
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1998
**Make:** Chrysler
**Model:** Concorde
**Series:** LXI
**Body Style:** Sedan 4 Door
### Owner Information
**Name:** EDWARDS MARQUEZ, D

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
### Lienholder Information
**Name:** WORLD DISCOUNT AUTO
**Address:** 800 S WESTERN AVE
CHICAGO, IL 60612-4140

COOK COUNTY
**Title Information**
Title Number: X1070686283
Title Transfer Date: 3/11/2011
Title Issue Date: 3/11/2011
**Source Information**
Data Source: GOVERNMENTAL

**11: IL MVR**

**Registrant Information**
**Registrant 1**
Registrant: EDWARDS, MARQUEZ

DOB: 4/1984
Address: 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
**Registrant 2**
Registrant: MARQUEZ, EDWARDS

DOB: 4/1984
Address: 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
**Registration Information**
Original Registration Date: 8/24/2007
Registration Date: 8/24/2007
Registration Expiration Date: 8/31/2008
**Vehicle Information**
VIN: 4M2DV11W8PDJ88081
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 1993
Make: Mercury
Model: Villager
Series: GS~LS
Body Style: Sport Van
**Plate Information**
Previous Plate Number: 9505433
Previous Plate State: IL
License Plate Number: X687260
Plate State: IL
**Source Information**
Data Source: GOVERNMENTAL

**12: IL MVR**

**Vehicle Information**
VIN: 4M2DV11W8PDJ88081
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 1993
Make: Mercury
Model: Villager
Series: GS~LS
Body Style: Sport Van
**Owner Information**
Name: MARQUEZ, EDWARDS

DOB: 4/1984
Address: 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
**Title Information**

**Title Number:** X7249619047
**Title Transfer Date:** 9/6/2007
**Title Issue Date:** 9/6/2007

**Source Information**
**Data Source:** GOVERNMENTAL

**13: IL MVR**

**Registrant Information**
**Registrant:** EDWARDS, MARQUEZ D

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY

**Registration Information**
**Original Registration Date:** 8/26/2006
**Registration Date:** 8/26/2006
**Registration Expiration Date:** 8/31/2007

**Vehicle Information**
**VIN:** 1J4GZ58S4SC530636
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1995
**Make:** Jeep
**Model:** Grand Cherokee
**Series:** LAREDO
**Body Style:** 4 Dr Wagon Sport Utility

**Plate Information**
**Previous Plate Number:** S6215
**Previous Plate State:** IL
**License Plate Number:** 9415457
**Plate State:** IL

**Source Information**
**Data Source:** GOVERNMENTAL

**14: IL MVR**

**Vehicle Information**
**VIN:** 1J4GZ58S4SC530636
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1995
**Make:** Jeep
**Model:** Grand Cherokee
**Series:** LAREDO
**Body Style:** 4 Dr Wagon Sport Utility

**Owner Information**
**Name:** EDWARDS, MARQUEZ D

**DOB:** 4/1984
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY

**Lienholder Information**
**Name:** TURNER ACCEPTANCE
**Address:** 4410 N RAVENSWOOD AVE
CHICAGO, IL 60640-5999
COOK COUNTY

**Title Information**
**Title Number:** X6243003005
**Title Transfer Date:** 8/31/2006
**Title Issue Date:** 8/31/2006

**Source Information**
**Data Source:** GOVERNMENTAL

**15: IL MVR**

**Registrant Information**

Registrant: EDWARDS, MARAQUAZ D

DOB: 4/1984
Address: 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY

**Registration Information**

Original Registration Date: 10/14/2003
Registration Date: 10/14/2003
Registration Expiration Date: 9/30/2004

**Vehicle Information**

VIN: 1C3BH48K6HN499503
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 1987
Make: Chrysler
Model: Lebaron
Series: GTS
Body Style: Hatchback 4 Door

**Plate Information**

License Plate Type: Private
Previous Plate Number: 5728020
Previous Plate State: IL
License Plate Number: 5664191
Plate State: IL

**Source Information**

Data Source: GOVERNMENTAL

**16: IL MVR**

**Vehicle Information**

VIN: 1C3BH48K6HN499503
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 1987
Make: Chrysler
Model: Lebaron
Series: GTS
Body Style: Hatchback 4 Door

**Owner Information**

Name: MARQUEZ, EDWARDS

DOB: 4/1984
Address: 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY

**Title Information**

Title Number: T3279251037
Title Transfer Date: 10/6/2003
Title Issue Date: 10/6/2003

**Source Information**

Data Source: GOVERNMENTAL

**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 1 records found**
**1: ILLINOIS NORTHERN - CHICAGO**

**Petitioner Information**

Name: EDWARDS, MARCQUAZ D

Address: 1318 S INDEPENDENCE BLVD APT 1R CHICAGO, IL 60623-1407

**SSN:**
**Type:** INDIVIDUAL - INDIVIDUAL
**Bankruptcy Information**
**Case Number:** 1431587
**Court:** ILLINOIS NORTHERN - CHICAGO
**Filing Date:** 08/28/2014
**Filing Type:** CHAPTER 13
**Meeting Date:**
**Meeting Time:** 0230
**Status Information**
**Status:** CLOSED
**Status:** DISMISSED
**Status Date:** 02/18/2015
**Status Date:** 12/18/2014
**Attorney Information**
**Attorney 1**
**Name:**

ROBERT J SEMRAD AND ASSOCIATES
**Address:** 20 S CLARK ST FL 28 CHICAGO, IL 60603-1811


**Attorney 2**
**Name:** BONINI, CHARLES R


**Address:** 20 S CLARK ST FL 28 CHICAGO, IL 60603-1811


**Judgments/Liens - 7 records found**
**1: IL Judgments and Liens Filings**
**Debtor Information**
**Name:** EDWARDS, MARCQUAZ


**SSN:** 349-74-XXXX
**Address:** 1544 S KOLIN AVE
CHICAGO, IL 60623-1052
COOK COUNTY
**Creditor Information**
**Name:** STATE OF ILLINOIS
**Filing Information**
**Jurisdiction:** IL
**Amount:** $1,278
**Filing Date:** 9/7/2021
**Filing 1**
**Number:** 1122251
**Type:** STATE TAX LIEN
**Agency:** ILLINOIS STATE LIEN REGISTRY
**Agency City:** SPRINGFIELD
**Agency State:** IL
**Agency County:** SANGAMON


**2: IL Judgments and Liens Filings**
**Debtor Information**
**Name:** EDWARDS, MARCQUAZ


**SSN:** 349-74-XXXX
**Address:** 1318 S INDEPENDENCE BLVD
CHICAGO, IL 60623-1406
COOK COUNTY
**Creditor Information**
**Name:** CNAC DOWNERS GROVE
**Filing Information**

**Jurisdiction:** IL
**Amount:** $16,671
**Filing Date:** 11/18/2015
**Eviction** N
**Release Date:** 2/19/2016

**Filing 1**

**Number:** 13M1126699
**Type:** CIVIL JUDGMENT
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**Filing 2**

**Number:** 13M1126699
**Type:** VACATED JUDGMENT
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**3: IL Judgments and Liens Filings**

**Debtor Information**
**Debtor 1**
**Name:** EDWARDS, MARCQUAZ

**SSN:** 349-74-XXXX
**Address:** 1841 S HAMLIN AVE
CHICAGO, IL 60623-2422
COOK COUNTY

**Debtor 2**
**Name:** CARDOZO, ANTHONY

**Address:** 2045 N WHIPPLE ST
CHICAGO, IL 60647-3808
COOK COUNTY

**Debtor 3**
**Name:** EDWARDS, LENISE

**Address:** 1841 S HAMLIN AVE
CHICAGO, IL 60623-2422
COOK COUNTY

**Creditor Information**
**Name:** PEDEN L CLARA

**Filing Information**
**Jurisdiction:** IL
**Amount:** $4,250
**Filing Date:** 6/3/2013
**Eviction** Y

**Filing 1**

**Number:** 13M1712621
**Type:** FORCIBLE ENTRY/DETAINER
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**Filing 2**

**Number:** 13M1712621
**Type:** CIVIL NEW FILING
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**4: IL Judgments and Liens Filings**

**Debtor Information**

**Debtor 1**

**Name:** EDWARDS, MARQUES

**SSN:** 349-74-XXXX
**Address:** 5508 W QUINCY ST
CHICAGO, IL 60644-4236
COOK COUNTY

**Debtor 2**

**Name:** EDWARDS, MARTUES

**SSN:** 349-74-XXXX
**Address:** 5508 W QUINCY ST
CHICAGO, IL 60644-4236
COOK COUNTY

**Creditor Information**

**Name:** LEE LOUIS

**Filing Information**

**Jurisdiction:** IL
**Amount:** $1,440
**Filing Date:** 7/27/2011
**Eviction:** Y
**Release Date:** 9/6/2011

**Filing 1**

**Number:** 11M1716524
**Type:** CIVIL JUDGMENT
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**Filing 2**

**Number:** 11M1716524
**Type:** CIVIL DISMISSAL
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**Filing 3**

**Number:** 11M1716524
**Type:** CIVIL NEW FILING
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**5: IL Judgments and Liens Filings**

**Debtor Information**

**Name:** EDWARDS, MARCQUAZ

**SSN:** 349-74-XXXX
**Address:** 2105 S DRAKE
CHICAGO, IL 60290-0001
COOK COUNTY

**Creditor Information**

**Name:** CHARLION MANAGEMEN

**Filing Information**

**Jurisdiction:** IL
**Amount:** $6,900
**Filing Date:** 4/26/2011
**Eviction:** Y
**Release Date:** 5/31/2011

**Filing 1**

**Number:** 11M1708524
**Type:** CIVIL DISMISSAL
**Agency:** COOK LAW MAGISTRATE - CHICAGO

**Agency State:** IL
**Agency County:** COOK
### Filing 2
**Number:** 11M1708524
**Type:** CIVIL NEW FILING
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

### 6: COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1STRICT Judgments and Liens Filings
#### Debtor Information
**Name:** EDWARDS, MARQUEZ

**SSN:** 349-74-XXXX
**Address:** 1836 S HAMLIN AVE FL 2
CHICAGO, IL 60623-2421
COOK COUNTY
#### Creditor Information
**Name:** ARCHER HEIGHTS CREDIT UNION
#### Filing Information
**Jurisdiction:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1STRICT
**Amount:** $943.09
**Original Filing Number:** 07M1 0115397
**Filing Date:** 5/6/2009
**Filing State:** IL
**Filing Status:** UPDATES MAY BE PRESENT ELSEWHERE IN THIS REPORT; CHECK THE
COURT FOR THE CURRENT STATUS
#### Filing 1
**Type:** JUDGMENT
**Agency State:** IL

### 7: IL Judgments and Liens Filings
#### Debtor Information
**Name:** EDWARDS, MARQUEZ

**SSN:** 349-74-XXXX
**Address:** 1836 S HAMLIN AVE
CHICAGO, IL 60623-2421
COOK COUNTY
#### Creditor Information
**Name:** ARCHER HEIGHTS CRE
#### Filing Information
**Jurisdiction:** IL
**Amount:** $943
**Filing Date:** 5/6/2009
**Eviction** N
#### Filing 1
**Number:** 07M1115397
**Type:** CIVIL JUDGMENT
**Agency:** COOK LAW MAGISTRATE - CHICAGO
**Agency State:** IL
**Agency County:** COOK

**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 10 records found**
1st Degree: 3, 2nd Degree: 7

| No. | Full Name | Address/Phone |
|---|---|---|
| 1. | BROWNLEE, SHERRY D | 1756 NORWOOD AVE APT 212 |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | | ITASCA, IL 60143-1070 |
| | • AKA EDWARDS, SHERRY D | |
| | • AKA EDWARDS, SHERRY B | 1640 S SPRINGFIELD AVE APT 3F |
| | • AKA BROWNLEE, S D | CHICAGO, IL 60623-2984 |
| | • AKA BRUWNLEE, SHERRY | |
| | • AKA BROWNLEE, DELA | 1640 S SPRINGFIELD AVE APT 1 |
| | • AKA BROWN, SHERRY D | CHICAGO, IL 60623-2985 |
| | | |
| | SSN:344-62-XXXX | 1637 S AVERS AVE APT 1 |
| | DOB:12/1964 | CHICAGO, IL 60623-2402 |
| | (Age: 57) | (312) 520-2579 |
| | | |
| | | 1637 S AVERS AVE APT 2 |
| | | CHICAGO, IL 60623-2402 |

| 1.A. | BROWNLEE, DELLA M | 1637 S AVERS AVE FL 1ST |
|------|-------------------|-------------------------|
| | | CHICAGO, IL 60623-2402 |
| | ⚠ Deceased | (773) 521-2579 |
| | • AKA BROWNLEE, DELLA MAE | |
| | • AKA BROWNLEE, DELLA M | 1029 N WALLER AVE |
| | • AKA BROWNLEE, DELIA MAE | CHICAGO, IL 60651-2612 |
| | • AKA BROWNLEE, BELLA | (773) 261-3299 |
| | • AKA MAE, BROWNLEE DELLA | (773) 733-1501 |
| | • AKA BROWNIEE, DELIA | |
| | • AKA BROWNLEE, M | |
| | | |
| | SSN:425-74-XXXX | |
| | DOB:8/1941 | |
| | (Age: 80) | |

| 1.B. | BROWNLEE, SHERRY D | 1637 S AVERS AVE FL 1 |
|------|--------------------|-----------------------|
| | | CHICAGO, IL 60623-2402 |
| | • AKA DELLA, SHERRY | |
| | | 1637 1637 AVERS |
| | | CHICAGO, IL 60623 |
| | | |
| | | 1637 SAVERS 1 |
| | | CHI, IL 60712 |
| | | |
| | | 1637 S AURES |
| | | CHICAGO, IL 60623 |
| | | |
| | | 327 LINDEN AVE |
| | | BELLWOOD, IL 60104-1457 |

| 1.C. | BROWNLEE, MARTRELL D | 17 N WALLER AVE APT B3 |
|------|----------------------|------------------------|
| | | CHICAGO, IL 60644-3918 |
| | • AKA BROWNLEE, MARTRELL B | |
| | • AKA WILLIAMS, MARTRELL | 17 N WALLER AVE APT NO |
| | • AKA BROWNLEE, MARTERELL | CHICAGO, IL 60644-3964 |
| | • AKA BROWNLER, MARTRELL D | |
| | • AKA BROWNLEE, MARTELL D | 1637 S AVERS AVE APT 2 |
| | • AKA BROWNLEE, MARTREL | CHICAGO, IL 60623-2402 |
| | • AKA MARTELL, D BROWNLEE | (773) 762-5386 |
| | • AKA BROWNLEE, M | |
| | | 1636 S AVERS AVE APT 2 |
| | SSN:329-84-XXXX | CHICAGO, IL 60623-2494 |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | DOB:11/1989 | |
| | (Age: 32) | 17 N WACKER DR APT B3<br>CHICAGO, IL 60606-2850 |
| 2. | EDWARDS, JIMMY | 1454 MEMORIAL DR<br>CALUMET CITY, IL 60409-3214<br>(708) 360-3058 |
| | • AKA EDWARDS, JIIMMY<br>• AKA EDWARD, JIMMY<br>• AKA EDWARDS, JIIMMY<br>• AKA EDWARDS, JIMMY<br>• AKA EDWARDS, JIMMY A<br>• AKA EDWRDS, JIMY | 64 BEAVER ST<br>NEW YORK, NY 10004-2508<br>(212) 514-7472<br>(212) 514-7473<br>(646) 657-0620 |
| | SSN:322-68-XXXX<br>DOB:11/1966<br>(Age: 55) | 23 166TH ST<br>CALUMET CITY, IL 60409-6208 |
| | | PO BOX 2132<br>CALUMET CITY, IL 60409-8132 |
| | | 6048 S ARTESIAN AVE APT 2<br>CHICAGO, IL 60629-1116 |
| 2.A. | JONES, BRIGETTE SAMONE | 18020 KEDZIE AVE APT 102<br>HAZEL CREST, IL 60429-2258 |
| | • AKA COOPER, BRIDGETTE SAMONE<br>• AKA COOPER, BRIGETTE SAMONE<br>• AKA EDWARDS, BRIGETTE JONES<br>• AKA JONES, BRIDGETTE SAMONE<br>• AKA COOPER, BRIDGET<br>• AKA PAYNE, BRIDGETTE S<br>• AKA JONES-COOPER, BRIDGETTE<br>• AKA COOPER, BRIGETTE JONES<br>• AKA JONES, BRIGTTE S<br>• AKA JONES EDWARDS, BRIGETTE<br>• AKA JONES COOPER, BRIDGETTE S<br>• AKA JONESEDWARDS, BRIGETTE<br>• AKA COOPER, BRIDGETT<br>• AKA COOPER JONES, BRIGETTE S<br>• AKA JONESCOOPER, BRIGETTE<br>• AKA COOPER-JONES, BRIDGETTE<br>• AKA EDWARDS, BRIDGETTE S<br>• AKA JONES, BRIDGETTI<br>• AKA MARY, BRIGETT SAMONE<br>• AKA EDWARDS, BRIGETTE SAMONE<br>• AKA JONES-EDWARDS, BRIGETTE S | PO BOX 1612<br>CALUMET CITY, IL 60409-7612<br><br>7035 S NORMAL BLVD APT 2<br>CHICAGO, IL 60621-3022<br><br>23 166TH ST<br>CALUMET CITY, IL 60409-6208<br><br>6432 S ARTESIAN AVE APT 2<br>CHICAGO, IL 60629-1302<br>(773) 476-4579 |
| | SSN:347-60-XXXX<br>DOB:4/1962<br>(Age: 60) | |
| 2.B. | SUTTON, LATARSHA N | 1454 MEMORIAL DR<br>CALUMET CITY, IL 60409-3214<br>(708) 360-3058 |
| | • AKA SUTTON, LATORSHA N<br>• AKA SUTTON, LATASHA N<br>• AKA EDWARDS, LATORSHA N<br>• AKA LATARSHA, SUTTON<br>• AKA SUTTON, LATORSHA EDWARDS | 15333 DANTE AVE<br>DOLTON, IL 60419-3139 |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | • AKA SUTTON, LATROSHA | 6706 S INDIANA AVE APT 2 |
| | • AKA SUTTON, LATARASH N | CHICAGO, IL 60637-3915 |
| | • AKA SUTTON, EDWARDS LATORSHA | |
| | • AKA SUTTON, LOTORSHA | |
| | • AKA SUTTON EDWARDS, LATORSHA N | PO BOX 1612 |
| | • AKA EDWARDS, LATROSHA SUTTON | CALUMET CITY, IL 60409-7612 |
| | • AKA EDWARDS, LATORISHA | |
| | • AKA EDWARDS, LATORSHA SUTTON | PO BOX 2132 |
| | | CALUMET CITY, IL 60409-8132 |
| | SSN:360-63-XXXX | |
| 2.C. | EDWARDS, PATRICIA EDWARD | 6048 S ARTESIAN AVE |
| | | CHICAGO, IL 60629-1116 |
| | • AKA EDWARD, PATRICIA | (773) 925-6313 |
| | • AKA EDWARDS, P | |
| | | PO BOX 1612 |
| | SSN:348-40-XXXX | CALUMET CITY, IL 60409-7612 |
| | DOB:4/1949 | |
| | (Age: 73) | 1454 MEMORIAL DR |
| | | CALUMET CITY, IL 60409-3214 |
| | | (708) 360-3058 |
| | | 604 S ARTESIAN |
| | | CHICAGO, IL 60629 |
| | | 9922 S PAXTON AVE |
| | | CHICAGO, IL 60617-5253 |
| 2.D. | EDWARDS, JIMMY | 1235 S 20TH AVE FL 2 |
| | | MAYWOOD, IL 60153-1728 |
| | • AKA EDWARDS, JAMES O | |
| | • AKA EDWARDS, JIM ERVEN | 1828 S CENTRAL PARK AVE APT 2W |
| | • AKA EDWARDS, JIIMMY | CHICAGO, IL 60623-3346 |
| | | (773) 542-6997 |
| | DOB:3/1943 | |
| | (Age: 79) | 1637 S AVERS AVE FL 2ND |
| | | CHICAGO, IL 60623-2402 |
| | | 2140 S MILLARD AVE APT 2 |
| | | CHICAGO, IL 60623-3161 |
| | | 1602 S HAMLIN AVE APT 1 |
| | | CHICAGO, IL 60623-2404 |
| 3. | EDWARDS, MARCUS D | 1756 NORWOOD AVE APT 212 |
| | | ITASCA, IL 60143-1070 |
| | • AKA EDWARDS, MACRUS | |
| | • AKA EWARDS, MARCUS | 1637 S AVERS AVE APT 1 |
| | • AKA EDWARD, MARCUS | CHICAGO, IL 60623-2402 |
| | • AKA EDWARDS, MARCOS D | (773) 355-8140 |
| | | |
| | SSN:325-76-XXXX | 1637 S AVERS AVE APT 11 |
| | | CHICAGO, IL 60623-2402 |
| | | 1640 S SPRINGFIELD AVE APT 3 |
| | | CHICAGO, IL 60623-2985 |

| No. | Full Name | | Address/Phone |
|-----|-----------|--|---------------|
| | | | 1637 S AVERS AVE APT 2 |
| | | | CHICAGO, IL 60623-2402 |

**Business Associates - 0 records found**

**Person Associates - 2 records found**

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| 1: | CAMPBELL, LANISE DARCELL EVANS, LANISE CAMPBELL CAMPBELL, LANISE CAMPBELL, LANISE L CAMPBELL, DENNIS CAMPBELL, LANISA D LANISE, CAMPBELL CAMBELL, LANISE D CAMPELL, LANISE LANISE, EVANS EVANS, L ANISE CAMPBELL, LANICE CAMPBELL EVANS, LANISE | 3935 THOMAS AVE N MINNEAPOLIS, MN 55412-1806 | 326-70-XXXX | (773) 237-7541 | 6/1975 1976 6/1975 |
| | | 1648 S CHRISTIANA AVE AP T 1 CHICAGO, IL 60623-2756 | | | |
| | | 1819 S TROY ST APT 3 CHICAGO, IL 60623-2262 | | | |
| | | 4209 W JACKSON BLVD APT 1 CHICAGO, IL 60624-2646 | | | |
| | | 5149 W SAINT PAUL AVE CHICAGO, IL 60639-4438 | | | |
| 2: | JOHNSON, KIMBERLY E JOHNSON, KIM E JOHNSON, KIMBERLY A JOHNSON, K | 1544 S KOLIN AVE FL 1ST CHICAGO, IL 60623-1052 | 332-68-XXXX | | 6/1974 |
| | | 743 N CENTRAL AVE APT 2A CHICAGO, IL 60644-1136 | | | |
| | | 753 N CENTRAL AVE APT 1B CHICAGO, IL 60644-1140 | | | |
| | | 5445 W CORTEZ ST 2C CHICAGO, IL 60651-2809 | | | |
| | | 4647 W ADAMS ST APT 1 CHICAGO, IL 60644-4632 | | | |

**Neighbors - 6 records found**
**1544 S KOLIN AVE CHICAGO, IL 60623-1052**

| Name | Address | Phone |
|------|---------|-------|
| JACKSON, JAMES | 1539 S KOLIN AVE CHICAGO, IL 60623-1048 | |
| THOMAS, ANNIE PEARL | 1544 S KOLIN AVE APT 2 CHICAGO, IL 60623-1052 | |
| MCNEAL, JOSEPH MC | 1544 S KOLIN AVE APT BF CHICAGO, IL 60623-1052 | |
| BROWN, MILO DANIEL FLEMING, WILLIAM GILMORE, JUSTIN HUNT, RONALD WILSON, BAHJAH F | 1544 S KOLIN AVE FL 1 CHICAGO, IL 60623-1052 | (773) 521-4584 |

1544 S KOLIN AVE FL 1ST
CHICAGO, IL 60623-1052

WESTON, ALECIA                              1544 S KOLIN AVE FL 3
CHICAGO, IL 60623-1052

**Employment Locator - 0 records found**
**Criminal Filings - 13 records found**
**1: Illinois Court Report**

**Offender information**

| | |
|---|---|
| **Name:** | EDWARDS, MARQUEZ |
| **Address:** | 1544 S KOLIN AVE |
| | CHICAGO, IL 60623-1052 |
| | COOK COUNTY |
| **Case Number:** | 21CR0363801 |
| **Case Filing Date:** | 03/17/2021 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

**Offenses**

| | |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 03/17/2021 |
| **Arrest Date:** | 02/18/2021 |
| **Case Number:** | 21CR0363801 |
| **Court Offense:** | OTHER NON-NARCOTIC SCHED I&II |
| **Court Statute:** | 720 ILCS 570/401(E) |
| **Court Disposition:** | FINDING OF GUILTY - GUILTY PLE |
| **Court Disposition Date:** | 08/04/2021 |
| **Court Level/Degree:** | FELONY THIRD DEGREE |

**Court Activity**

[NONE FOUND]

**2: Illinois Court Report**

**Offender information**

| | |
|---|---|
| **Name:** | EDWARDS, MARQUEZ |
| **Address:** | IL |
| **Case Number:** | 21110418901 |
| **Case Filing Date:** | 02/16/2021 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

**Offenses**

| | |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 02/16/2021 |
| **Case Number:** | 21110418901 |
| **Court Offense:** | DELIVERY OF A CONTROLLED SUBS |
| **Court Statute:** | 720 570/401-E |
| **Court Disposition:** | SUPERCEDED BY DIRECT INDICTMEN |
| **Court Disposition Date:** | 04/16/2021 |

**Court Activity**

[NONE FOUND]

**3: Illinois Court Report**

### Offender information

|  |  |
|---|---|
| **Name:** | EDWARDS, MARQUEZ |
| **Address:** | 1544 S KOLIN AVE |
|  | CHICAGO, IL 60623-1052 |
|  | COOK COUNTY |
| **Case Number:** | 18CR0475801 |
| **Case Filing Date:** | 04/05/2018 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

### Offenses

#### Offense #1

|  |  |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 04/05/2018 |
| **Arrest Date:** | 03/07/2018 |
| **Case Number:** | 18CR0475801 |
| **Court Offense:** | POSS AMT CON SUB EXCEPT(A)/(D |
| **Court Statute:** | 720-570/402(C) |
| **Court Disposition:** | FINDING OF GUILTY |
| **Court Disposition Date:** | 10/17/2018 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |
| **Sentence - Jail:** | Max: 1 Years |

#### Offense #2

|  |  |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 04/05/2018 |
| **Arrest Date:** | 03/07/2018 |
| **Case Number:** | 18CR0475801 |
| **Court Offense:** | POSS AMT CON SUB EXCEPT(A)/(D |
| **Court Statute:** | 720-570/402(C) |
| **Court Disposition:** | NOLLE PROSEQUI |
| **Court Disposition Date:** | 10/17/2018 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |

#### Offense #3

|  |  |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 04/05/2018 |
| **Arrest Date:** | 03/07/2018 |
| **Case Number:** | 18CR0475801 |
| **Court Offense:** | POSS AMT CON SUB EXCEPT(A)/(D |
| **Court Statute:** | 720-570/402(C) |
| **Court Disposition:** | PLEA OF GUILTY |
| **Court Disposition Date:** | 10/17/2018 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |
| **Sentence - Jail:** | Max: 1 Years |

#### Offense #4

|  |  |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 04/05/2018 |
| **Arrest Date:** | 03/07/2018 |
| **Case Number:** | 18CR0475801 |
| **Court Offense:** | POSS AMT CON SUB EXCEPT(A)/(D |
| **Court Statute:** | 720-570/402(C) |

**Court Disposition:** PLEA OF GUILTY
**Court Disposition Date:** 03/19/2019
**Court Level/Degree:** FELONY FOURTH DEGREE
**Sentence - Jail:** Max: 1 Years

**Court Activity**

[NONE FOUND]

**4: Illinois Court Report**

**Offender information**
**Name:** EDWARDS, MARQUEZ D
**Address:** 1318 S INDEPENDENCE BLVD
CHICAGO, IL 60623-1406
COOK COUNTY
**Case Number:** 18110658701
**Case Filing Date:** 03/08/2018
**County:** COOK
**DOB:** 04/1984
**SSN:** 349-74-XXXX
**Sex:** Male

**Offenses**
Offense #1
**Groups:** DRUG ALCOHOL OFFENSES
**Categories:** DRUG NARCOTIC
**Case Filing Date:** 03/08/2018
**Arrest Date:** 03/07/2018
**Case Number:** 18110658701
**Court Offense:** MFG/DEL COCAINE/SCH/PUB HS/PK
**Court Statute:** 720-570/407-B-1
**Court Level/Degree:** FELONY CLASS X

Offense #2
**Groups:** DRUG ALCOHOL OFFENSES
**Categories:** DRUG NARCOTIC
**Case Filing Date:** 03/08/2018
**Arrest Date:** 03/07/2018
**Case Number:** 18110658701
**Court Offense:** MFG/DEL HEROIN/SCH/PUB HS/PK
**Court Statute:** 720-570/407-B-1
**Court Level/Degree:** FELONY CLASS X

Offense #3
**Categories:** CANNOT CLASSIFY
**Case Filing Date:** 03/08/2018
**Arrest Date:** 03/07/2018
**Case Number:** 18110658701
**Court Offense:** TN563620
**Court Statute:** 9-40-200(B)
**Court Level/Degree:** TRAFFIC

Offense #4
**Categories:** CANNOT CLASSIFY
**Case Filing Date:** 03/08/2018
**Arrest Date:** 03/07/2018
**Case Number:** 18110658701
**Court Offense:** TN563621
**Court Statute:** 625-5/6-303-A
**Court Level/Degree:** TRAFFIC

Offense #5

| | |
|---|---|
| **Categories:** | CANNOT CLASSIFY |
| **Case Filing Date:** | 03/08/2018 |
| **Arrest Date:** | 03/07/2018 |
| **Case Number:** | 18110658701 |
| **Court Offense:** | TN563622 |
| **Court Statute:** | 625-5/3-707 |
| **Court Level/Degree:** | TRAFFIC |

**Court Activity**

[NONE FOUND]

**5: Illinois Court Report**

**Offender information**

| | |
|---|---|
| **Name:** | EDWARDS, MARQUEZ |
| **Address:** | 1544 S KOLIN AVE |
| | CHICAGO, IL 60623-1052 |
| | COOK COUNTY |
| **Case Number:** | 17CR0699501 |
| **Case Filing Date:** | 05/11/2017 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

**Offenses**

Offense #1

| | |
|---|---|
| **Categories:** | WEAPON LAW VIOLATIONS |
| **Case Filing Date:** | 05/11/2017 |
| **Arrest Date:** | 04/18/2017 |
| **Case Number:** | 17CR0699501 |
| **Court Offense:** | AGG UUW/VEHICLE/NO FOID |
| **Court Statute:** | 720-5/24-1.6(A)(1) |
| **Court Disposition:** | FINDING OF GUILTY |
| **Court Disposition Date:** | 11/27/2017 |
| **Court Fine:** | $100 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |
| **Sentence - Jail:** | Max: 1 Years |

Offense #2

| | |
|---|---|
| **Categories:** | WEAPON LAW VIOLATIONS |
| **Case Filing Date:** | 05/11/2017 |
| **Arrest Date:** | 04/18/2017 |
| **Case Number:** | 17CR0699501 |
| **Court Offense:** | AGG UUW/LOADED/NO FCCA/FOID |
| **Court Statute:** | 720-5/24-1.6(A)(1) |
| **Court Disposition:** | NOLLE PROSEQUI |
| **Court Disposition Date:** | 08/01/2017 |
| **Court Fine:** | $100 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |

Offense #3

| | |
|---|---|
| **Categories:** | WEAPON LAW VIOLATIONS |
| **Case Filing Date:** | 05/11/2017 |
| **Arrest Date:** | 04/18/2017 |
| **Case Number:** | 17CR0699501 |
| **Court Offense:** | AGG UUW/PERS/LOAD/NO FCCA/FOI |
| **Court Statute:** | 720-5/24-1.6(A)(2) |
| **Court Disposition:** | NOLLE PROSEQUI |
| **Court Disposition Date:** | 08/01/2017 |
| **Court Fine:** | $100 |

**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #4

**Categories:** WEAPON LAW VIOLATIONS
**Case Filing Date:** 05/11/2017
**Arrest Date:** 04/18/2017
**Case Number:** 17CR0699501
**Court Offense:** AGG UUW/PERSON/LOADED/NO FCCA
**Court Statute:** 720-5/24-1.6(A)(2)
**Court Disposition:** NOLLE PROSEQUI
**Court Disposition Date:** 08/01/2017
**Court Fine:** $100
**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #5

**Categories:** WEAPON LAW VIOLATIONS
**Case Filing Date:** 05/11/2017
**Arrest Date:** 04/18/2017
**Case Number:** 17CR0699501
**Court Offense:** AGG UUW/VEHICLE/LOADED/NO FCC
**Court Statute:** 720-5/24-1.6(A)(1)
**Court Disposition:** NOLLE PROSEQUI
**Court Disposition Date:** 08/01/2017
**Court Fine:** $100
**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #6

**Categories:** WEAPON LAW VIOLATIONS
**Case Filing Date:** 05/11/2017
**Arrest Date:** 04/18/2017
**Case Number:** 17CR0699501
**Court Offense:** AGG UUW/LOADED/NO FCCA/FOID
**Court Statute:** 720-5/24-1.6(A)(1)
**Court Disposition:** NOLLE PROSEQUI
**Court Disposition Date:** 11/27/2017
**Court Fine:** $100
**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #7

**Categories:** WEAPON LAW VIOLATIONS
**Case Filing Date:** 05/11/2017
**Arrest Date:** 04/18/2017
**Case Number:** 17CR0699501
**Court Offense:** AGG UUW/PERS/LOAD/NO FCCA/FOI
**Court Statute:** 720-5/24-1.6(A)(2)
**Court Disposition:** NOLLE PROSEQUI
**Court Disposition Date:** 11/27/2017
**Court Fine:** $100
**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #8

**Categories:** WEAPON LAW VIOLATIONS
**Case Filing Date:** 05/11/2017
**Arrest Date:** 04/18/2017
**Case Number:** 17CR0699501
**Court Offense:** AGG UUW/PERSON/LOADED/NO FCCA
**Court Statute:** 720-5/24-1.6(A)(2)
**Court Disposition:** NOLLE PROSEQUI
**Court Disposition Date:** 11/27/2017
**Court Fine:** $100
**Court Level/Degree:** FELONY FOURTH DEGREE

Offense #9

|  |  |
|---|---|
| Categories: | WEAPON LAW VIOLATIONS |
| Case Filing Date: | 05/11/2017 |
| Arrest Date: | 04/18/2017 |
| Case Number: | 17CR0699501 |
| Court Offense: | AGG UUW/PERSON/NO FOID |
| Court Statute: | 720-5/24-1.6(A)(2) |
| Court Disposition: | NOLLE PROSEQUI |
| Court Disposition Date: | 11/27/2017 |
| Court Fine: | $100 |
| Court Level/Degree: | FELONY FOURTH DEGREE |

Offense #10

|  |  |
|---|---|
| Categories: | WEAPON LAW VIOLATIONS |
| Case Filing Date: | 05/11/2017 |
| Arrest Date: | 04/18/2017 |
| Case Number: | 17CR0699501 |
| Court Offense: | AGG UUW/VEHICLE/LOADED/NO FCC |
| Court Statute: | 720-5/24-1.6(A)(1) |
| Court Disposition: | NOLLE PROSEQUI |
| Court Disposition Date: | 11/27/2017 |
| Court Fine: | $100 |
| Court Level/Degree: | FELONY FOURTH DEGREE |

Offense #11

|  |  |
|---|---|
| Categories: | WEAPON LAW VIOLATIONS |
| Case Filing Date: | 05/11/2017 |
| Arrest Date: | 04/18/2017 |
| Case Number: | 17CR0699501 |
| Court Offense: | AGG UUW/VEHICLE/NO FOID |
| Court Statute: | 720-5/24-1.6(A)(1) |
| Court Disposition: | PLEA OF GUILTY |
| Court Disposition Date: | 11/27/2017 |
| Court Fine: | $100 |
| Court Level/Degree: | FELONY FOURTH DEGREE |
| Sentence - Jail: | Max: 1 Years |

Offense #12

|  |  |
|---|---|
| Categories: | OTHER |
| Case Filing Date: | 05/11/2017 |
| Arrest Date: | 04/18/2017 |
| Case Number: | 17CR0699501 |
| Court Offense: | VIOLATION OF PROBATION - OFFIC |
| Court Statute: | VOP |
| Court Disposition: | PLEA OF GUILTY |
| Court Disposition Date: | 10/17/2018 |
| Court Fine: | $100 |

Offense #13

|  |  |
|---|---|
| Categories: | WEAPON LAW VIOLATIONS |
| Case Filing Date: | 05/11/2017 |
| Arrest Date: | 04/18/2017 |
| Case Number: | 17CR0699501 |
| Court Offense: | AGG UUW/VEHICLE/NO FOID |
| Court Statute: | 720-5/24-1.6(A)(1) |
| Court Disposition: | PLEA OF GUILTY |
| Court Disposition Date: | 03/19/2019 |
| Court Fine: | $100 |
| Court Level/Degree: | FELONY FOURTH DEGREE |
| Sentence - Jail: | Max: 1 Years |

**Court Activity**

[NONE FOUND]

**6: Illinois Court Report**

**Offender information**

| | |
|---|---|
| **Name:** | EDWARDS, MARQUEZ |
| **Address:** | IL |
| **Case Number:** | 17110973701 |
| **Case Filing Date:** | 04/19/2017 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

**Offenses**

Offense #1

| | |
|---|---|
| **Categories:** | WEAPON LAW VIOLATIONS |
| **Case Filing Date:** | 04/19/2017 |
| **Arrest Date:** | 04/18/2017 |
| **Case Number:** | 17110973701 |
| **Court Offense:** | AGG UUW/UNLOADED/NO FCCA/FOID |
| **Court Statute:** | 720-5/24-1.6-A-1 |
| **Court Disposition:** | SUPERCEDED BY DIRECT INDICTMEN |
| **Court Disposition Date:** | 05/10/2017 |
| **Court Fine:** | $100 |
| **Court Level/Degree:** | FELONY FOURTH DEGREE |

Offense #2

| | |
|---|---|
| **Groups:** | CRIMES AGAINST PERSONS |
| **Categories:** | ASSAULT AGGRAVATED |
| **Case Filing Date:** | 04/19/2017 |
| **Arrest Date:** | 04/18/2017 |
| **Case Number:** | 17110973701 |
| **Court Offense:** | AGG ASSAULT |
| **Court Statute:** | 720-5/0/12-2-C |
| **Court Disposition:** | SUPERCEDED BY DIRECT INDICTMEN |
| **Court Disposition Date:** | 05/10/2017 |
| **Court Fine:** | $100 |
| **Court Level/Degree:** | MISDEMEANOR CLASS C |

**Court Activity**

[NONE FOUND]

**7: Illinois Court Report**

**Offender information**

| | |
|---|---|
| **Name:** | EDWARDS, MARQUEZ D |
| **Address:** | 1318 S INDEPENDENCE BLVD |
| | CHICAGO, IL 60623-1406 |
| | COOK COUNTY |
| **Case Number:** | 16118578601 |
| **Case Filing Date:** | 03/12/2016 |
| **County:** | COOK |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |
| **Sex:** | Male |

**Offenses**

| | |
|---|---|
| **Groups:** | CRIMES AGAINST PERSONS |
| **Categories:** | ASSAULT OTHER |

|                          |                                 |
|--------------------------|---------------------------------|
| Case Filing Date:        | 03/12/2016                      |
| Arrest Date:             | 03/11/2016                      |
| Case Number:             | 16118578601                     |
| Court Offense:           | BATTERY - CAUSE BODILY HARM     |
| Court Statute:           | 720-5/12-3-A-1                  |
| Court Disposition:       | STRICKEN OFF - LEAVE REINSTATE  |
| Court Disposition Date:  | 04/13/2016                      |
| Court Fine:              | $20                             |
| Court Level/Degree:      | MISDEMEANOR CLASS A             |

**Court Activity**

[NONE FOUND]

**8: Illinois Court Report**

**Offender information**

|               |                              |
|---------------|------------------------------|
| Name:         | EDWARDS, MARQUEZ D           |
| Address:      | 1318 S INDEPENDENCE BLVD     |
|               | CHICAGO, IL 60623-1406       |
|               | COOK COUNTY                  |
| Case Number:  | 15DV7735801                  |
| Case Filing Date: | 05/02/2015               |
| County:       | COOK                         |
| DOB:          | 04/1984                      |
| SSN:          | 349-74-XXXX                  |
| Sex:          | Male                         |

**Offenses**

|                          |                                                  |
|--------------------------|--------------------------------------------------|
| Groups:                  | CRIMES AGAINST PERSONS, DOMESTIC PERSONAL OFFENSES |
| Categories:              | ASSAULT OTHER, FAMILY OFFENSES                   |
| Case Filing Date:        | 05/02/2015                                       |
| Arrest Date:             | 05/02/2015                                       |
| Case Number:             | 15DV7735801                                      |
| Court Offense:           | DOMESTIC BATTERY                                 |
| Court Statute:           | 720-5-12-3.2-A-2                                 |
| Court Disposition:       | STRICKEN OFF - LEAVE REINSTATE                   |
| Court Disposition Date:  | 05/18/2015                                       |
| Court Fine:              | $50                                              |
| Court Level/Degree:      | MISDEMEANOR CLASS C                              |

**Court Activity**

[NONE FOUND]

**9: Illinois Court Report**

**Offender information**

|               |                              |
|---------------|------------------------------|
| Name:         | EDWARDS, MARQUEZ D           |
| Address:      | 1318 S INDEPENDENCE BLVD     |
|               | CHICAGO, IL 60623-1406       |
|               | COOK COUNTY                  |
| Case Number:  | 11DV7353501                  |
| Case Filing Date: | 03/13/2011               |
| County:       | COOK                         |
| DOB:          | 04/1984                      |
| SSN:          | 349-74-XXXX                  |
| Sex:          | Male                         |

**Offenses**

Offense #1

|                    |                                                  |
|--------------------|--------------------------------------------------|
| Groups:            | CRIMES AGAINST PERSONS, DOMESTIC PERSONAL OFFENSES |
| Categories:        | ASSAULT OTHER, FAMILY OFFENSES                   |
| Case Filing Date:  | 03/13/2011                                       |
| Arrest Date:       | 03/12/2011                                       |

|  |  |
|---|---|
| **Case Number:** | 11DV7353501 |
| **Court Offense:** | DOMESTIC BATTERY - BODILY |
| **Court Statute:** | 720-5/12-3.2-A-1 |
| **Court Disposition:** | STRICKEN OFF - LEAVE REINSTATE |
| **Court Disposition Date:** | 03/29/2011 |
| **Court Fine:** | $20 |
| **Court Level/Degree:** | MISDEMEANOR CLASS A |

Offense #2

|  |  |
|---|---|
| **Groups:** | DRUG ALCOHOL OFFENSES |
| **Categories:** | DRUG NARCOTIC |
| **Case Filing Date:** | 03/13/2011 |
| **Arrest Date:** | 03/12/2011 |
| **Case Number:** | 11DV7353501 |
| **Court Offense:** | CANNABIS - POSSESS LESS T |
| **Court Statute:** | 720-550/4-A |
| **Court Disposition:** | STRICKEN OFF - LEAVE REINSTATE |
| **Court Disposition Date:** | 03/29/2011 |
| **Court Fine:** | $20 |
| **Court Level/Degree:** | MISDEMEANOR CLASS C |

**Court Activity**

[NONE FOUND]

**10: Illinois Court Report**

**Offender information**

|  |  |
|---|---|
| **Name:** | EDWARDS, MARQUEZ D |
| **Address:** | 2105 S DRAKE AVE APT 1 |
|  | CHICAGO, IL 60623-3386 |
|  | COOK COUNTY |
| **Case Number:** | 2008TR5638 |
| **Case Filing Date:** | 08/26/2008 |
| **Case Type:** | TRAFFIC |
| **DOB:** | 04/1984 |
| **SSN:** | 349-74-XXXX |

**Offenses**

|  |  |
|---|---|
| **Categories:** | TRAFFIC |
| **Case Filing Date:** | 08/26/2008 |
| **Offense Date:** | 08/23/2008 |
| **Court Description:** | CIRCUIT |
| **Case Number:** | 2008TR5638 |
| **Court Offense:** | DRIVING 21-25 MPH ABOVE LIMIT |
| **Court Disposition:** | EX PARTE/GUILTY |
| **Court Disposition Date:** | 10/17/2008 |
| **Court Fine:** | $53.40 |
| **Court Level/Degree:** | TRAFFIC |

**Court Activity**

[NONE FOUND]

**11: Illinois Court Report**

**Offender information**

|  |  |
|---|---|
| **Name:** | EDWARDS, DAJWON |
| **Address:** | 1637 S AVERS AVE |
|  | CHICAGO, IL 60623-2402 |
|  | COOK COUNTY |
| **Case Number:** | 05128641101 |
| **Case Filing Date:** | 09/06/2005 |
| **County:** | COOK |
| **DOB:** | 04/1984 |

**SSN:** 349-74-XXXX
**Sex:** Male

**Offenses**

**Categories:** OTHER
**Case Filing Date:** 09/06/2005
**Arrest Date:** 09/02/2005
**Case Number:** 05128641101
**Court Offense:** SOLICITING UNLAWFUL BUSIN
**Court Statute:** 10-8-515
**Court Disposition:** MOTION CITY NON-SUIT
**Court Disposition Date:** 09/26/2005

**Court Activity**

[NONE FOUND]

**12: Illinois Court Report**

**Offender information**
**Name:** EDWARDS, MARCQUEZ D
**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
COOK COUNTY
**Case Number:** 05125479201
**Case Filing Date:** 07/19/2005
**County:** COOK
**DOB:** 04/1984
**SSN:** 349-74-XXXX
**Sex:** Male

**Offenses**

**Groups:** DRUG ALCOHOL OFFENSES
**Categories:** LIQUOR LAW VIOLATIONS
**Case Filing Date:** 07/19/2005
**Arrest Date:** 07/14/2005
**Case Number:** 05125479201
**Court Offense:** DRINKING ALCOHOL ON THE P
**Court Statute:** 8-4-030
**Court Disposition:** MOTION CITY NON-SUIT
**Court Disposition Date:** 08/12/2005

**Court Activity**

[NONE FOUND]

**13: Illinois Court Report**

**Offender information**
**Name:** EDWARDS, MARCQUAZ D
**Address:** 4149 W CERMAK RD
CHICAGO, IL 60623-2884
COOK COUNTY
**Case Number:** 01119543501
**Case Filing Date:** 03/06/2001
**County:** COOK
**DOB:** 04/1983
**SSN:** 349-74-XXXX
**Sex:** Male

**Offenses**

**Groups:** DRUG ALCOHOL OFFENSES
**Categories:** DRUG NARCOTIC
**Case Filing Date:** 03/06/2001

**Arrest Date:** 02/19/2001
**Case Number:** 01119543501
**Court Offense:** CANNABIS - POSSESS 10-30
**Court Statute:** 720-550/4-C
**Court Disposition:** STRICKEN OFF - LEAVE REINSTATE
**Court Disposition Date:** 07/10/2001
**Court Level/Degree:** MISDEMEANOR CLASS C

**Court Activity**

[NONE FOUND]

**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 3 records found**
**1:**

**Personal Information**
**Name:** EDWARDS, MARCQUAZ
**Address:** 122 48TH AVE
BELLWOOD, IL 60104-1014
**Phone Number:** (773) 521-4813
**Phone Type:** Residential
**Carrier Information**
**Carrier:** AMERITECH ILLINOIS
**Carrier City:** CHICAGO
**Carrier State:** IL
**2:**

**Personal Information**
**Name:** EDWARDS, MARCQAZ
**Address:** 1836 S HAMLIN AVE
CHICAGO, IL 60623-2421
**Phone Number:** (773) 522-2732
**Phone Type:**

**Carrier Information**
**Carrier:** AMERITECH ILLINOIS
**Carrier City:** CHICAGO
**Carrier State:** IL
**3:**

**Personal Information**
**Name:** EDWARDS, MARCQUAZ

**Address:** 1637 S AVERS AVE
CHICAGO, IL 60623-2402
**Phone Number:** (773) 653-8535
**Phone Type:** Mobile
**Carrier Information**
**Carrier:** SPRINT SPECTRUM L.P.
**Carrier City:** CHICAGO
**Carrier State:** IL
**Utility Information - 2 records found**

**1: Utility Data**

**Utility Type**
**Utility Type:** Infrastructure (Coal, Electric, Gas, Oil, Propane Gas, Water)
**Dates Associated With Utility**
**Date Service Connected:** 7/26/2015
**Date First Verified:** 7/26/2015
**Date Last Verified:** 7/26/2015
**Name Associated With Utility**
**Consumer Last Name:** EDWARDS
**First Name:** MARQUEZ
**Address**
**Address Type:** Residential

**Service Address Street Number:** 1318
**Service Address Street Name:** INDEPENDENCE
**Service Address Street Type:** BLVD
**Service Address State Abbreviation:** IL
**Service Address Zip:** 60623

### Billing Information Associated With Address

**Billing Address Street Number:** 1318
**Billing Address Street Name:** INDEPENDENCE
**Billing Address Street Type:** BLVD
**Billing Address State Abbreviation:** IL
**Billing Address Zip:** 60623

### Phone Information

**Service Phone Number:** (773) 822-5795

**2: Utility Data**

### Utility Type

**Utility Type:** Infrastructure (Coal, Electric, Gas, Oil, Propane Gas, Water)

### Dates Associated With Utility

**Date Service Connected:** 10/30/2012
**Date First Verified:** 10/30/2012
**Date Last Verified:** 10/30/2012

### Name Associated With Utility

**Consumer Last Name:** EDWARDS
**First Name:** MARCQUAZ

### Address

**Address Type:** Residential
**Service Address Street Number:** 1637
**Service Address Street Name:** AVERS
**Service Address Street Type:** AVE
**Service Address Apartment Number:** B
**Service Address State Abbreviation:** IL
**Service Address Zip:** 60623

### Billing Information Associated With Address

**Billing Address Street Number:** 1637
**Billing Address Street Name:** AVERS
**Billing Address Street Type:** AVE
**Billing Address Apartment Number:** B
**Billing Address State Abbreviation:** IL
**Billing Address Zip:** 60623

### Phone Information

**Service Phone Number:** (773) 490-1257

**Possible Education - 0 records found**

**Sources - 256 records found**

| | |
|---|---|
| **All Sources** | 256 Source Document(s) |
| **Bankruptcy Records** | 1 Source Document(s) |
| **Criminal** | 13 Source Document(s) |
| **Driver Licenses** | 1 Source Document(s) |
| **Email** | 53 Source Document(s) |
| **Historical Person Locator** | 41 Source Document(s) |
| **Liens and Judgments** | 12 Source Document(s) |
| **Motor Vehicle Registrations** | 19 Source Document(s) |
| **Person Locator 1** | 9 Source Document(s) |
| **Person Locator 5** | 74 Source Document(s) |
| **Person Locator 6** | 30 Source Document(s) |
| **PhonesPlus Records** | 3 Source Document(s) |

Key

▲High Risk Indicator. These symbols may prompt you to investigate further.

⚑Moderate Risk Indicator. These symbols may prompt you to investigate further.

⚑General Information Indicator. These symbols inform you that additional information is provided.

✓The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Legal Compliance

Copyright© 2022 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**